IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RICHARD MOORE**                                                     **PLAINTIFF**

v.                                                              **CAUSE NO. 1:16CV148-LG**

**VALRIE PETERS, United States Probation Officer,
and DEPUTY PATTERSON**                                **DEFENDANTS**

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT PATTERSON

**THIS MATTER** comes before the Court sua sponte, for consideration of dismissal. Plaintiff was ordered on August 30, 2017, to show cause in writing why his claims against Defendant Deputy Patterson should not be dismissed. (ECF No. 36). Plaintiff was advised that his claims against Patterson were subject to the same grounds for dismissal that were the basis for dismissal of Defendant Valrie Peters. He was instructed that failure to show cause why the claims against Patterson should not be dismissed could result in dismissal of the claims without notice. (*See* Order Granting Mot. to Dismiss 12, ECF No. 36). Plaintiff did not file a response. Accordingly, the Court finds that dismissal of Plaintiff's remaining claims is appropriate, for the reasons explained in the Order Granting Motion to Dismiss.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's claims against Defendant Deputy Patterson are **DISMISSED**. All claims having now been dismissed, a separate judgment will enter.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2017.

                                           s\ *Louis Guirola, Jr.*
                                           Louis Guirola, Jr.
                                           Chief U.S. District Judge